## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 12-cv-02777-RM-MEH

UNITED STATES OF AMERICA *ex rel.*
DAVID FLOWERS, and
JOSEPH LAWRENCE, *Relators,*

      Plaintiffs,

v.

EXPRESS SCRIPTS, INC.,

      Defendant.

---

### **CASE RESTRICTED**

### ORDER OF DISMISSAL WITHOUT PREJUDICE
---

THIS MATTER comes before the Court on Relators' Notice of Voluntary Dismissal Without Prejudice ("Notice") and The United States's Consent to Relators' Notice of Voluntary Dismissal Without Prejudice ("U.S. Consent"). The parties' papers have advised the Court that the United States has declined to intervene in this *qui tam* action and believes that dismissal is warranted and in the interest of justice. Pursuant to 31 U.S.C. § 3730(b)(1), this action may be dismissed only if the Court and Attorney General give written consent to the dismissal and their reasons for consenting. Having reviewed the Notice and U.S. Consent and been advised that

dismissal is warranted and in the interest of justice, and being otherwise fully advised, the Court hereby gives it consent and it is

    **ORDERED** that this action is DISMISSED without prejudice.

    DATED this 28th day of June, 2013.

                                            BY THE COURT:

                                            RAYMOND P. MOORE
                                            United States District Judge