**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02777-RM-MEH

UNITED STATES OF AMERICA, *ex rel.,*
DAVID FLOWERS, and
JOSEPH LAWRENCE, *Relators*,

      Plaintiffs,

v.

EXPRESS SCRIPTS, INC.,

      Defendant.

___

**ORDER UNSEALING REMAINDER OF CASE**
___

THIS MATTER is before the Court on Relator's Response to Order to Show Cause (ECF No. 18) to this Court's Order ("Order") to show cause why this Court should not lift the seal on all other papers filed before July 23, 2013 in this case (ECF No. 17). Upon review of Relator's Response, the False Claims Act, and the documents which remain under seal in this case, and finding no sufficient cause being shown, the Court is satisfied that the remaining documents which the Court did not specifically address in its Order should be made available to the public. Accordingly, it is

**ORDERED** that the Order to show cause (ECF No. 17) is made **ABSOLUTE**; and it is

**FURTHER ORDERED** that the Clerk of the Court is directed to **unrestrict** the remaining documents filed in this case.  Therefore, the only document which is restricted is the United States' Unopposed "Level 2 Restricted" Application for Extension of Time to Consider Election to Intervene (ECF No. 5) which shall **remain restricted** as a Level 2 restricted document.

DATED this 8th day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge